UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
DEC 19 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| UNITED STATES OF AMERICA, | CASE NO. 11CR5300-W |
|---|---|
| Plaintiff, | |
| vs. | JUDGMENT OF DISMISSAL |
| EDGAR PONCE (1), | |
| Defendant. | |

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal, without prejudice; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) as charged in the Indictment/Information:

21 USC 952 AND 960 - IMPORTATION OF METHAMPHETAMINE

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/19/11

THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE